IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL BELL,[1] | § | |
| | § | No. 118, 2024 |
| Respondent Below, Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DELANEY REED, | § | File No. CN21-01013 |
| | § | Petition No. 21-00081 |
| Petitioner Below, Appellee. | § | |

Submitted:  November 8, 2024
Decided:    January 16, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the opening brief and the Family Court record, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Family Court in its March 1, 2024 order affirming a Family Court commissioner's denial of the appellant's motion to reopen protection-from-abuse proceedings.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).